IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKASNAS
EASTERN DIVISION

LEE TWAN DILLARD                                                    PLAINTIFF

v.                           No. 2:16-cv-155-DPM

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                      DEFENDANT

## ORDER

No one has objected to Magistrate Judge Ray's recommended disposition, № 20. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the recommendation.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

5 November 2018