IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKASNAS
EASTERN DIVISION

LEE TWAN DILLARD                                              PLAINTIFF

v.                       No. 2:16-cv-155-DPM

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed, and the claim is remanded to further develop the record on Dillard's mental health. The Administrative Law Judge must use a qualified mental health source to obtain a complete psychiatric review technique form, based on all of Dillard's mental health treatment records from 2010 through 26 October 2015. The ALJ must then reconsider, based on this new evaluation, how Dillard's mental residual functional capacity affected his ability to perform a limited range of sedentary work before 26 October 2015. The ALJ must also reconsider the onset date of Dillard's disability and, if need be, revise that date. This is a "sentence four" remand. 42 U.S.C. § 405(g).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 November 2018