IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKASNAS
EASTERN DIVISION

LEE TWAN DILLARD                                          PLAINTIFF

v.                      No. 2:16-cv-155-DPM

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                            DEFENDANT

## ORDER

The Government doesn't object to Dillard's motion for an award of fees under 28 U.S.C. § 2412(d), № 25. The hours and fees are reasonable. The motion, № 23, is therefore granted. The Court awards a reasonable attorney's fee of $3,196.52, payable directly to Dillard. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Dillard's lawyer.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 February 2019